IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| **William Clark Rea Jr.** | |
| Plaintiff(s),<br>v.<br>**Actavis, Inc., Actavis Pharma, Inc., Actavis Laboratories UT, Inc., and Anda, Inc.** | Case No.: 1:16-cv-02299 |
| Defendant(s).<br>*All parties are to be included per Fed.R.Civ.P. 10(a)* | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through the undersigned counsel, and hereby files this, his Notice of Dismissal Without Prejudice, and hereby announces to the Court that he is voluntarily dismissing the present suit **without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have yet to make an appearance in this case.

Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Plaintiff considers this matter closed before the Court and requests that the Court take appropriate action to remove this case from its docket.

Dated this 23rd day of March, 2016.

Respectfully submitted,
*/s/ Blake G. Tanase*
Blake G. Tanase
Georgia Bar No. 544067
FERRER POIROT WANSBROUGH
FELLER DANIEL ABNEY
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115